```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

James Daniel Hobgood

    v.                                        Case No. 20-cv-157-SM

Tribune Media Company

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 3, 2020, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                                    _____
                                                    Steven J. McAuliffe
                                                    United States District Judge

Date: March 18, 2020

cc:   James Daniel Hobgood, pro se